# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| MARGIE ROBERTSON,<br><br>    Plaintiff,<br><br>v.<br><br>THE UNIVERSITY OF MEMPHIS, JASBIR DHALIWAL, AND STEPHANIE A. THOMPSON,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)   No. 2:24-cv-2429-SHL-cgc<br>)<br>)<br>)<br>)<br>) |

## ORDER OF RECUSAL

The Court hereby recuses itself in this matter and respectfully returns this file to the Clerk of Court for reassignment to another United States District Judge for all further proceedings.

**IT IS SO ORDERED,** this 21st day of June, 2024.

s/ Sheryl H. Lipman
SHERYL H. LIPMAN
CHIEF UNITED STATES DISTRICT JUDGE