# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| MARGIE ROBERTSON, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> THE UNIVERSITY OF MEMPHIS, ) <br> JASBIR DHALIWAL, *individually and in* ) <br> *his official capacity*, and STEPHANIE A. ) <br> THOMPSON, *individually and in her* ) <br> *official capacity*, ) <br> ) <br> Defendants. ) | No. 2:24-cv-02429-TLP-cgc <br><br> JURY DEMAND |

## JUDGMENT AS TO STEPHANIE THOMPSON ONLY

**JUDGMENT BY COURT**. This action came before the Court on Plaintiff's pro se Complaint, filed on June 21, 2024. (ECF No. 1.) In accordance with the Order Adopting Report and Recommendation (ECF No. 40), entered by the Court,

**IT IS ORDERED, ADJUDGED, AND DECREED** that this action is **DISMISSED WITHOUT PREJUDICE** as to Plaintiff's official capacity claims against Defendant Thompson. This action is **DISMISSED WITH PREJUDICE** as to Plaintiff's individual capacity claims against Defendant Thompson.

**APPROVED:**

s/Thomas L. Parker
THOMAS L. PARKER
UNITED STATES DISTRICT JUDGE

March 31, 2025
Date

1