# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

RECEIVED

APR 24 2025

Wendy R Oliver, Clerk
U.S. District Court
W.D. OF TN, Memphis

Margie Robertson,

    Plaintiff,

vs.

The University of Memphis, and Jasbir Dhaliwal, in his official capacity,

    Defendants.

Cause No.: 2:24-cv-2429-tlp-cgc

JURY DEMAND

## PLAINTIFF'S NOTICE OF SERVICE OF THE REVISED FIRST SET OF INTERROGATORIES ON DEFENDANT THE UNIVERSITY OF MEMPHIS

Plaintiff Pro Se, Margie Robertson, hereby provides notice to the Court, pursuant to Local Rule 26.1(a)(2) of the United States District Court for the Western District of Tennessee, of her service of Plaintiff's Revised First Set of Interrogatories (to be substituted for the similarly-named discovery requests propounded on November 5, 2024, prior to the Court's selective dismissals on March 27, 2025) on Defendant The University of Memphis by operation of the Court's Electronic Court Filing ("ECF") system, by USPS first class mail, and/or via electronic mail to Defendant's counsel of record on April 24, 2025 at:

*Attorney for Defendants*

David M. Rudolph, Esquire
Senior Assistant Attorney General
Office of the Tennessee Attorney General
40 South Main Street, Suite 1014
Memphis, TN 38103
Telephone: (901) 543-4162
Facsimile: (901) 543-9025
david.rudolph@ag.tn.gov

-2-

Respectfully submitted,

*Margie Robertson*

Margie Robertson, Plaintiff Pro Se
1304 Rutland Road
Memphis, TN 38114
Phone: (901) 848-0989
margie_robertson@hotmail.com