UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

RECEIVED

MAY 0 1 2025

Wendy R Oliver, Clerk
U.S. District Court
W.D. OF TN, Memphis

Margie Robertson,

    Plaintiff,

vs.

The University of Memphis, et al.,

    Defendants.

Cause No.:   2:24-cv-2429-tlp-cgc

JURY DEMAND

---

### PLAINTIFF'S NOTICE OF SERVICE OF INITIAL DISCLOSURES ON DEFENDANTS

---

Plaintiff Pro Se, Margie Robertson, hereby provides notice to the Court, pursuant to Fed. R. Civ. P. 26(a)(1.) of her service of Plaintiff's Initial Disclosures on Defendants by USPS first class mail and/or via electronic mail to Defendants' counsel of record on May 1, 2025 at:

*Attorney for Defendants*

David M. Rudolph, Esquire
Senior Assistant Attorney General
Office of the Tennessee Attorney General
40 South Main Street, Suite 1014
Memphis, TN 38103
Telephone: (901) 543-4162
Facsimile: (901) 543-9025
david.rudolph@ag.tn.gov

Respectfully submitted,

*Margie Robertson*

Margie Robertson, Plaintiff Pro Se
1304 Rutland Road
Memphis, TN 38114
Phone: (901) 848-0989
margie_robertson@hotmail.com